UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE, | 1:05-cv-00710-AWI-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 11) |
| vs. | **ORDER DISMISSING ACTION** |
| R. HENDERSON, | |
| Defendant. | |

   Plaintiff, Cedric Greene ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On February 27, 2007, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed on or before March 15, 2007.  On March 19, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendation to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendation, filed February 27,
8 2007, are ADOPTED IN FULL; and,
9    2.   This action is DISMISSED, without leave to amend, but
10 without prejudice.

IT IS SO ORDERED.

**Dated:    April 10, 2007**              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE